UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTHA K MONTOYA,

        Plaintiff,

  v.

SCHELIA A CLARK et al,

        Defendant.

Case Number: CV07-04190 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martha K. Montoya #:16324-097
Federal Prison Camp
5675 8th Street, Camp Parks
Dublin, CA 94568

Dated: March 21, 2008

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk