IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA K. MONTOYA, | No. C 07-04190 TEH (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| SCHELIA A. CLARK, Acting Warden, | |
| Respondent. | |

Petitioner, a federal inmate, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2251, challenging the execution of her sentence. On March 21, 2008, the Court entered an order requiring Petitioner to file a notice of her current address and her continued intent to prosecute no later than twenty days of the date of the order, or April 10, 2008. The Court notified Petitioner that failure to do so would result in the dismissal of this action without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

On April 9, 2008, a copy of the order addressed to Petitioner was returned to the Court as undeliverable. Pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The Court may, without prejudice, dismiss an action when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a

written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail directed to Petitioner by the Court was returned as undeliverable. Furthermore, Petitioner has not complied with the Court order requiring her to provide a current address and notice of intent to prosecute. Accordingly, the petition is DISMISSED without prejudice pursuant to Local Rule 3-11 and Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk shall enter judgment accordingly and close the file. SO ORDERED.

DATED: 07/02/08

THELTON E. HENDERSON
United States District Judge

2