IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA K. MONTOYA, | No. C 07-04190 TEH (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| SCHELIA A. CLARK, Acting Warden, | |
| Respondent. | |

For the reasons stated in the order of dismissal, the petition is DISMISSED without prejudice. Judgment is entered in favor of Respondent.

IT IS SO ORDERED AND ADJUDGED.

DATED: 07/02/08

THELTON E. HENDERSON
United States District Judge