UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA K MONTOYA,<br><br>          Plaintiff,<br><br>     v.<br><br>SCHELIA A CLARK et al,<br><br>          Defendant. | Case Number: CV07-04190 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martha K. Montoya #:16324-097
Federal Prison Camp
5675 8th Street, Camp Parks
Dublin, CA 94568

Dated: July 2, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk